JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DICESARE, et al.,<br>Plaintiff,<br>v.<br><br>DREAMWORKS ANIMATION LLC, et al.,<br>Defendants. | Case No. 2:26-cv-08083-FLA (ASx)<br><br>**ORDER REMANDING ACTION TO STATE COURT [DKT. 15]** |

On September 18, 2026, the parties filed a Stipulation Allowing Plaintiffs to File a Second Amended Complaint and Remanding Case After Filing ("Stipulation"). Dkt. 15. On September 29, 2026, the court approved the Stipulation and granted Plaintiffs Joseph DiCesare and Letia Lewis ("Plaintiffs") leave to file their Second Amended Complaint within seven (7) days. Dkt. 16. On the same day, Plaintiffs filed a Second Amended Complaint. Dkt. 17.

Having considered the Stipulation and finding good cause therefor, the court hereby REMANDS this action to the Superior Court of California, County of Los Angeles, Case Number 26NNCV02995 for further proceedings.

IT IS SO ORDERED.

Dated: October 21, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge